# EXHIBIT 2

EVIDENCE OF USE FOR U.S. PATENT NO. 7,045,763

Title: Object-recognition lock

Application No.: US10/186,458

Filing Date: June 28, 2002

Issue Date: May 16, 2006

**Accused Product:**

Source: https://www.wyze.com/products/wyze-lock-bolt?variant=43158025797794

# Keyless entry. A fingerprint away.

Gone are the days of fumbling for keys. Enter your home quickly and securely with just a tap on the ultra-fast fingerprint sensor.

Source: https://www.wyze.com/products/wyze-lock-bolt?variant=43158025797794

## Evidence of Use

| Claim Language | Evidence of Infringement |
|---|---|
| 1. A method for operating an object-recognition lock, comprising: | Wyze provides Wyze Lock Bolt (i.e., "object-recognition lock") with advanced biometric technology, that is, fingerprint recognition.<br><br><br>Source: https://www.wyze.com/products/wyze-lock-bolt |

<table>
<tr>
<td></td>
<td>

# Keyless entry. A fingerprint away.

Gone are the days of fumbling for keys. Enter your home quickly and securely with just a tap on the ultra-fast fingerprint sensor.

Source: https://www.wyze.com/products/wyze-lock-bolt

## Features

Bluetooth-Connected Smart Lock<br>
0.5-second Fingerprint Unlock<br>
Anti-Peep Backlit Keypad<br>
Emergency USB-C Charging<br>
Pickproof and IPX5 Weatherproof<br>
View Lock/Unlock History in the Wyze App<br>
Auto-Lock Timer<br>
20-Minute Installation

Source: https://www.wyze.com/products/wyze-lock-bolt

</td>
</tr>
<tr>
<td>scanning an object for at least one surface texture of the object;</td>
<td>Wyze Lock Bolt allows the user to place his finger or thumb tip (i.e., “object”) on the recognition area of the lock. The biometric technology used in the lock scans (i.e., “scanning”) the surface texture (i.e., “surface texture”) of the fingertip.</td>
</tr>
</table>

| | |
|---|---|
| | # Using your Wyze Lock Bolt<br>Wyze Lock Bolt is sleek and minimalist, with a keypad on the front and a thumb latch on the back. There are three ways to open a door with this lock:<br>1. Touching the **Fingerprint Sensor** after setting it up in the app.<br>2. Using an **Access Code** on the keypad.<br>3. From the **Wyze app**, by tapping the icon to unlock.<br>Source: https://support.wyze.com/hc/en-us/articles/5343783498139-Using-your-Wyze-Lock-Bolt<br><br>Source: https://www.youtube.com/watch?v=6LbTNh2P5ZY |

"Wyze Lock Bolt is a solid, no frills smart lock with perfect fingerprint scans."
Source: https://www.wyze.com/products/wyze-lock-bolt
Fingerprint Unlock in 0.5 Seconds
Fingerprint
Keypad
Bluetooth
Surface texture
Object
Scanning an object i.e., finger
Source: https://www.wyze.com/products/wyze-lock-bolt

# Wyze Lock Bolt

Access with your fingerprint.

Tired of fumbling with your keys? Unlock your door in less than a second with the touch of a finger or a tap in the app. Wyze Lock Bolt is a Bluetooth smart lock that replaces your deadbolt, giving you a luxurious backlit keypad with an ultra-fast fingerprint reader. Did we mention that it auto-locks if you forget?

Source: https://www.wyze.com/products/wyze-lock-bolt



Source: https://web.archive.org/web/20170908085858/https:/www.novetta.com/wp-content/uploads/2015/10/NovettaBiometrics_3DFingerprinting_WP-W_9182015.pdf (Page 7 of 11)

| | |
|---|---|
| generating at least one image signal indicative of the at least one surface texture; | Wyze Lock Bolt fingerprint sensor does not have LEDs surrounding or beneath it. In general, an optical fingerprint sensor has LEDs beneath or surrounded, to project light on the finger. Hence it is believed that Wyze Lock Bolt uses a capacitive fingerprint sensor. The capacitive fingerprint sensor generates a digital impression of the scanned region (i.e., "generating image signal") by scanning the surface texture (i.e., "surface texture") of the finger. It uses the ridges of the fingerprint that are placed over the conductive plates, which change the charge stored in the capacitor.<br><br>**Top-notch security features**<br><br><br><br>**Hardware Encryption**<br><br>Built into Wyze Lock Bolt. Encrypted so no one (including Wyze) can figure out your code and fingerprint data.<br><br>Source: https://www.wyze.com/products/wyze-lock-bolt?variant=43158025797794<br><br>**What is a capacitive fingerprint sensor?**<br><br>Capacitive fingerprint sensors generate an image by measuring the changes in capacitance between the ridges and valleys that make up the fingerprint. This contrasts with a traditional optical sensor which uses reflected light to build an image of the fingerprint.<br><br>Source: https://www.idexbiometrics.com/faq/fingerprint-sensors/what-is-a-capacitive-fingerprint-sensor/ |

| | |
|---|---|
| | **Capacitive Fingerprint Sensors**<br>To go into more detail, the capacitive fingerprint scanner uses tiny capacitor array circuits that track the detail of a fingerprint. It uses the ridges of your fingerprint that is placed over the conductive plates which changes the charge stored in the capacitor, while the valleys (air gaps) leave the charge on the capacitor unchanged. An operational amplifier integrator circuit tracks these changes that can then be recorded by an analog-to-digital converter, where this digital data can be analyzed. Figure 2 shows the physics behind this.<br><br>Source:https://www.arrow.com/en/research-and-events/articles/how-fingerprint-sensors-work |
| comparing the at least one surface texture of the object indicated by the at least one image signal with a reference texture; and | Wyze Lock Bolt compares (i.e., "comparing") the generated digital impression of the scanned region (i.e., "image signal") of the finger (i.e., "object") to a stored fingerprint (i.e., "reference textures") of the user.<br><br><br><br>Object<br>Comparing the scanned surface texture against textures of stored fingerprints<br><br>Source: https://www.youtube.com/watch?v=6LbTNh2P5ZY |

| | |
|---|---|
| | **What is a capacitive fingerprint sensor?**<br><br>Capacitive fingerprint sensors generate an image by measuring the changes in capacitance between the ridges and valleys that make up the fingerprint. This contrasts with a traditional optical sensor which uses reflected light to build an image of the fingerprint.<br><br>Source: https://www.idexbiometrics.com/faq/fingerprint-sensors/what-is-a-capacitive-fingerprint-sensor/<br><br>**Wyze Lock Bolt**<br><br>Access with your fingerprint.<br>Tired of fumbling with your keys? Unlock your door in less than a second with the touch of a finger or a tap in the app. Wyze Lock Bolt is a Bluetooth smart lock that replaces your deadbolt, giving you a luxurious backlit keypad with an ultra-fast fingerprint reader. Did we mention that it auto-locks if you forget?<br><br>Source: https://www.wyze.com/products/wyze-lock-bolt<br><br>How many fingerprints can Wyze Lock Bolt store? |

| | |
|---|---|
| | Wyze Lock Bolt can store a whole lot. It can...<br>• Store 50 unique fingerprints.<br>• Remember 20 unique users.<br>• Save 20 unique access codes.<br>Source: https://support.wyze.com/hc/en-us/articles/5344212655259-How-many-fingerprints-can-Wyze-Lock-Bolt-store-<br>How secure is my Wyze Lock Bolt's information?<br>• Wyze encrypts your lock's information and cannot access your codes or fingerprint data.<br>• All your codes, schedules, and fingerprint data are stored locally in the lock.<br>• Since Wyze Lock Bolt is Bluetooth-only, there is no cloud connection which significantly decreases security risk.<br>Source: https://support.wyze.com/hc/en-us/articles/5457113972123-How-secure-is-my-Wyze-Lock-Bolt-s-information- |
| actuating the lock if the at least one surface texture of the object matches the reference texture, | Wyze Lock Bolt on comparing fingerprints whether the scanned fingerprint (i.e., "surface texture") matches any of the stored fingerprints (i.e., "reference textures") or not. If it matches, then the door is unlocked (i.e., "actuating the lock").<br>Wyze Lock Bolt<br>Access with your fingerprint. |

| | |
|---|---|
| | Tired of fumbling with your keys? Unlock your door in less than a second with the touch of a finger or a tap in the app. Wyze Lock Bolt is a Bluetooth smart lock that replaces your deadbolt, giving you a luxurious backlit keypad with an ultra-fast fingerprint reader. Did we mention that it auto-locks if you forget?<br><br>Source: https://www.wyze.com/products/wyze-lock-bolt<br><br><br>Unlocks in Under a Second<br><br>Source: https://www.wyze.com/products/wyze-lock-bolt?variant=43158025797794 |

| | |
|---|---|
| | **Features**<br><br>Bluetooth-Connected Smart Lock<br>0.5-second Fingerprint Unlock<br>Anti-Peep Backlit Keypad<br>Emergency USB-C Charging<br>Pickproof and IPX5 Weatherproof<br>View Lock/Unlock History in the Wyze App<br>Auto-Lock Timer<br>20-Minute Installation<br><br>Source: https://www.wyze.com/products/wyze-lock-bolt<br><br>**Capacitive scanners**<br><br>Once captured, this digital data is analyzed to look for distinctive and unique fingerprint attributes. They can then be saved for comparison at a later date. What is particularly smart about this design is that it is much tougher to fool than an optical scanner. The results can't be replicated with an image. Additionally, they are incredibly tough to fool with some sort of prosthetic, as different materials will record slightly different changes in charge at the capacitor. The only real security risks come from either hardware or software hacking.<br><br>Source: https://www.androidauthority.com/how-fingerprint-scanners-work-670934/<br><br>How secure is my Wyze Lock Bolt's information? |

| | |
|---|---|
| | • Wyze encrypts your lock's information and cannot access your codes or fingerprint data.<br>• All your codes, schedules, and fingerprint data are stored locally in the lock.<br>• Since Wyze Lock Bolt is Bluetooth-only, there is no cloud connection which significantly decreases security risk.<br><br>Source: https://support.wyze.com/hc/en-us/articles/5457113972123-How-secure-is-my-Wyze-Lock-Bolt-s-information- |
| wherein comparing the at least one surface texture of the object indicated by the at least one image signal with the reference texture comprises comparing the at least one surface texture with the reference texture at a micro-level in which depths of features of the surface texture and features of the reference texture are in a range of 5 microns to 500 microns. | Wyze Lock Bolt compares the scanned fingerprints (i.e., "surface texture") with the stored registered user fingerprint (i.e., "reference texture"). Wyze Lock Bolt uses a built-in capacitive fingerprint sensor for scanning and comparing. The capacitive fingerprint sensor considers the depths of features of the surface texture and features of the reference texture for scanning and authentication. The fingerprint of a human finger has a depth between 100-200 microns (i.e., "depths of features of the surface texture and features of the reference texture are in a range of 5 microns to 500 microns").<br><br><br><br><br>Source: https://www.youtube.com/watch?v=6LbTNh2P5ZY |

| | |
|---|---|
| | ## How secure is my Wyze Lock Bolt's information?<br>• Wyze encrypts your lock's information and cannot access your codes or fingerprint data.<br>• All your codes, schedules, and fingerprint data are stored locally in the lock.<br>• Since Wyze Lock Bolt is Bluetooth-only, there is no cloud connection which significantly decreases security risk.<br><br>Source: https://support.wyze.com/hc/en-us/articles/5457113972123-How-secure-is-my-Wyze-Lock-Bolt-s-information-<br><br>## What is a capacitive fingerprint sensor?<br>Capacitive fingerprint sensors generate an image by measuring the changes in capacitance between the ridges and valleys that make up the fingerprint. This contrasts with a traditional optical sensor which uses reflected light to build an image of the fingerprint.<br><br>Source: https://www.idexbiometrics.com/faq/fingerprint-sensors/what-is-a-capacitive-fingerprint-sensor/<br><br>## Capacitive Fingerprint Sensors<br>To go into more detail, the capacitive fingerprint scanner uses tiny capacitor array circuits that track the detail of a fingerprint. It uses the ridges of your fingerprint that is placed over the conductive plates which changes the charge stored in the capacitor, while the valleys (air gaps) leave the charge on the capacitor unchanged. An operational amplifier integrator circuit tracks these changes that can then be recorded by an analog-to-digital converter, where this digital data can be analyzed. Figure 2 shows the physics behind this.<br><br>Source:https://www.arrow.com/en/research-and-events/articles/how-fingerprint-sensors-work |

| | |
|---|---|
| |   Source: https://web.archive.org/web/20170908085858/https:/www.novetta.com/wp-content/uploads/2015/10/NovettaBiometrics_3DFingerprinting_WP-W_9182015.pdf (Page 8 of 11) |