# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MULTIMODAL LLC,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**WYZE LABS, INC.,**<br><br>　　　　　Defendant. | C.A. NO. 23-00599-MN<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff MultiModal LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice that it dismisses **with prejudice** all claims by Plaintiff against Defendant Wyze Labs, Inc. Each party shall bear its own costs, expenses, and attorneys' fees.

Date: August 1, 2023

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ John C. Phillips, Jr.*
　　　　　　　　　　　　　　　　　　　John C. Phillips, Jr. (#110)
　　　　　　　　　　　　　　　　　　　Megan C. Haney (#5016)
　　　　　　　　　　　　　　　　　　　Phillips, McLaughlin & Hall, P.A.
　　　　　　　　　　　　　　　　　　　1200 North Broom Street
　　　　　　　　　　　　　　　　　　　Wilmington DE, 19806
　　　　　　　　　　　　　　　　　　　(302) 655-4200
　　　　　　　　　　　　　　　　　　　JCP@PMHDELaw.com
　　　　　　　　　　　　　　　　　　　MCH@PMHDELaw.com

>Isaac Rabicoff
>Rabicoff Law LLC
>(*pro hac vice forthcoming*)
>600 Mamaroneck Ave STE 400
>Harrison, NY 10528
>Tel. (773) 669-4590
>issac@rabilaw.com
>
>***Attorneys for Plaintiff***
>***Multimodal LLC***

**SO ORDERED**, this _____ day of _____ 2023.

_____
**The Honorable Maryellen Noreika**
**United States District Court Judge**